**Order filed October 24, 2019**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-19-00734-CV**

———————

**GREGORY GREEN, Appellant**

**V.**

**HOUSTON FIREFIGHTERS' RELIEF AND RETIREMENT FUND,**
**Appellee**

---

**On Appeal from the 129th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2017-46605**

---

## O R D E R

The notice of appeal in this case was filed September 20, 2019. To date, the filing fee of $205.00 has not been paid. No evidence that appellant is excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $205.00 to the clerk of this court on or before **November 4, 2019.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.